**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (227341)
213.377.5502 | jyu@yumollp.com
1055 W. 7th Street, Suite 2150
Los Angeles, CA 90017
213.377.5501 Facsimile

Attorneys for Defendant
Resurgent Capital Services, LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARTAK KHACHATRIAN, | Case No. 13-cv-05441-RGK (SHx) |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER DISMISSING ACTION WITH PREJUDICE |
| vs. | Honorable R. Gary Klausner |
| RESURGENT CAPITAL SERVICES, (Limited Partnership) | |
| Defendant. | |

Pursuant to the Stipulation of the Parties, and good cause appearing, this action is hereby dismissed with prejudice in its entirety. Each party shall bear its own costs and fees.

DATED: September 4, 2013

_____
The Honorable R. Gary Klausner
United States District Judge

– 1 –
[PROPOSED] ORDER